FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAY 18 2006  ★
TIME A.M. _____  P.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                      05 CV 4447 (SJ)

    - against -                                      **ORDER**

BRENDA DAVIS, *also known as*
BRENDA RILEY,

                       Defendant.
----------------------------------------------------X

A P P E A R A N C E S:

MICHAEL T. SUCHER, ESQ.
26 Court Street, Suite 2412
Brooklyn, NY 11242
Attorney for Plaintiff

JOHNSON, Senior District Judge:

    Plaintiff's motion for entry of default judgment against defendant Brenda Davis, a/k/a/ Brenda Riley ("Defendant"), is respectfully referred to Magistrate Judge Viktor Pohorelsky to report and recommend, pursuant to 28 U.S.C. § 636(b)(1)(B), whether the motion should be granted, and, if necessary, appropriate relief.

SO ORDERED.

Dated: May 12, 2006
       Brooklyn, NY

                                      s/SJ
                                      Senior U.S.D.J.

P-049